FILED

09/20/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 23-0467

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. OP 23-0467

HEATHEN BLODHARN,

     Petitioner,

v.

BRIAN GOOTKIN (or alternatively,
Annette Chambers-Smith),

     Respondent.

## ORDER

Upon consideration of Respondent's motion for a 30-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Respondent is granted an extension of time to and including October 30, 2023, within which to prepare, file, and serve its response brief.

**TKP**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 20 2023